UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ENRIQUE DIAZ,

    Petitioner,

v.                                                                                  Case No. 3:22-cv-23905-MCR/MJF

RICKY DIXON,

    Respondent.
_____/

## **ORDER**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 5, 2023. ECF No. 19. Petitioner was furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The Court has made a *de novo* determination of those portions to which an objection was made.

    Having considered the Report and Recommendation, and any timely filed objections thereto, the Court concludes that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation, ECF No. 19, is adopted and incorporated by reference in this Order.

2. The amended petition for writ of habeas corpus, ECF No. 10, challenging Petitioner's disciplinary conviction for Possession of Weapons (DR Log #115-221340) is **DISMISSED** for lack of jurisdiction.

3. The Clerk is directed to close the file.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 18th day of January 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**